UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

Arlene Robinson,                          )
*on behalf of,* M.R., a minor,            )     C/A No. 0:07-cv-3521-GRA
                                          )
                          Plaintiff,      )
v.                                        )          **ORDER**
                                          )     (Written Opinion)
Commissioner of Social Security,          )
                                          )
                          Defendant.      )
_____  )

This matter is before the Court for a review of the magistrate's Report and Recommendation made in accordance with Local Rule 83.VII.02(A), D.S.C., issued on February 18, 2009. Plaintiff brought this action pursuant to 42 U.S.C.§ 405(g), seeking judicial review of the final decision of the Commissioner, denying the plaintiff's claim for supplemental security income. The magistrate recommends reversing the decision of the Commissioner and remanding the case for further administrative action.

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Matthews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which a specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may

Page 1 of 2

also "receive further evidence or recommit the matter to the magistrate with instructions." *Id*.   In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation.  *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983).  Defendant notified the Court that he was not going to file any objections on March 9, 2009.   No objections to the magistrate's Report and Recommendation have been filed.

After a review of the magistrate's Report and Recommendation, this Court finds that the report is based upon the proper law and substantial evidence exists to support the findings.  Accordingly, the Report and Recommendation is accepted and adopted by this Court.

IT IS THEREFORE ORDERED that the Commissioner's decision is REVERSED, and this case is REMANDED to the Commissioner for proceedings consistent with the magistrate's Report and Recommendation.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
SENIOR UNITED STATES DISTRICT JUDGE

March___12_____, 2009
Anderson, South Carolina